# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

VINTAVIOUS WHITAKER,

      Petitioner,

    v.

WARDEN, FCI JESUP,

      Respondent.

2:25-cv-31

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to dismiss without prejudice Petitioner Vintavious Whitaker's ("Whitaker") 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus and to grant Respondent's Motion to Dismiss.  Dkt. No. 11.  Whitaker did not file Objections to this Report and Recommendation, and the time to do so has elapsed.  In fact, this Court's mailing was returned as undeliverable, with the notation: "Return to Sender, [Unable to Forward,] Inmate Released."  Dkt. No. 12 at 1.

Thus, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court.  See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the

appropriate standard of review for the report and recommendation is clear error."). I **DISMISS without prejudice** Whitaker's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus and **GRANT** Respondent's Motion to Dismiss. Dkt. Nos. 1, 6. I **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENY** Whitaker *in forma pauperis* status on appeal.

**SO ORDERED**, this ____ day of February, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA